## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In Re:   LEONARDO CHAVEZ<br>KELLEY A CHAVEZ<br><br><br>Debtor(s) | §<br>§<br>§<br>§<br>§<br>§ | Case No.: 08-22031 |

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 08/21/2008.

2)   This case was confirmed on 10/29/2008.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/29/2008, 10/29/2008.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 11/05/2009.

5)   The case was dismissed on 12/30/2009.

6)   Number of months from filing to the last payment:  12

7)   Number of months case was pending:  19

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    78,440.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | $ | 10,988.00 |
| Less amount refunded to debtor | $ | 11.69 |
| **NET RECEIPTS** | $ | 10,976.31 |

**Expenses of Administration:**

| | | |
|---|---|---:|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 764.21 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 764.21 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HOUSEHOLD BANK | SECURED | 21,248.00 | 21,434.95 | .00 | .00 | .00 |
| CITIFINANCIAL AUTO C | SECURED | 15,400.00 | 26,011.52 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | NA | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 335,914.00 | 331,929.60 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 61,823.00 | 61,205.88 | .00 | .00 | .00 |
| CITIFINANCIAL AUTO C | UNSECURED | 11,236.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL S | UNSECURED | 310.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| AURORA LOAN SERVICES | UNSECURED | NA | NA | NA | .00 | .00 |
| BANK ONE | UNSECURED | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 573.00 | 1,018.15 | 1,018.15 | 254.48 | .00 |
| CAPITAL ONE BANK | UNSECURED | 867.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | NA | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 11,722.00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 8,325.00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 5,684.00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 500.00 | 513.31 | 513.31 | 128.29 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 488.00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 465.00 | 140.00 | 140.00 | 23.97 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | NA | NA | .00 | .00 |
| CITI BANK/DFS | UNSECURED | NA | NA | NA | .00 | .00 |
| CITI BANK/DFS | UNSECURED | NA | NA | NA | .00 | .00 |
| CITI RESIDENTIAL LEN | UNSECURED | NA | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| INTEGRITY | UNSECURED | 234.00 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| FMC OMAHA SERVICE CE | UNSECURED | NA | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 478.00 | 609.56 | 609.56 | 152.36 | .00 |
| HOUSEHOLD AUTO FINAN | UNSECURED | 5,000.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,052.09 | 2,010.49 | 2,010.49 | 502.51 | .00 |
| HOME DEPOT | UNSECURED | NA | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HOUSEHOLD FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 477.00 | 662.02 | 662.02 | 165.47 | .00 |
| HSBC BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,173.00 | 2,232.08 | 2,232.08 | 557.89 | .00 |
| HSBC CARSON | UNSECURED | NA | NA | NA | .00 | .00 |
| HSBC | UNSECURED | NA | NA | NA | .00 | .00 |
| OUR LADY OF THE RESU | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| JB ROBINSON | UNSECURED | NA | NA | NA | .00 | .00 |
| MACYS DSNB | UNSECURED | NA | NA | NA | .00 | .00 |
| MACYS DSNB | UNSECURED | NA | NA | NA | .00 | .00 |
| MILA INC | UNSECURED | NA | NA | NA | .00 | .00 |
| MILA INC | UNSECURED | NA | NA | NA | .00 | .00 |
| OCWEN FEDERAL BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| OCWEN FEDERAL BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | NA | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | NA | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | NA | NA | NA | .00 | .00 |
| SEARS | UNSECURED | NA | NA | NA | .00 | .00 |
| SURETY FINANCIAL SER | UNSECURED | NA | NA | NA | .00 | .00 |
| TARGET | UNSECURED | NA | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | 2,010.00 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | NA | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NA | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL/PR | UNSECURED | NA | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NA | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL HO | UNSECURED | NA | NA | NA | .00 | .00 |
| WELLS FARGO | UNSECURED | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,200.00 | 3,944.93 | 3,944.93 | 986.01 | .00 |
| WELLS FARGO FINANCIA | SECURED | 2,833.00 | 2,833.42 | 2,833.42 | 2,833.42 | .00 |
| WFINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| WFNNB NEW YORK & COM | UNSECURED | NA | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | NA | 4,357.70 | 4,482.70 | 4,482.70 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | NA | 140.00 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | NA | .00 | 125.00 | 125.00 | .00 |
| CHASE HOME FINANCE L | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.===============================================================.
|                                                               |
|  Summary of Disbursements to Creditors:                       |
|                                                               |
|                               Claim        Principal      Int.|
|                               Allowed        Paid         Paid|
|  Secured Payments:                                            |
|     Mortgage Ongoing               .00          .00        .00|
|     Mortgage Arrearage        4,482.70     4,482.70        .00|
|     Debt Secured by Vehicle        .00          .00        .00|
|     All Other Secured         2,958.42     2,958.42        .00|
|  TOTAL SECURED:               7,441.12     7,441.12        .00|
|                                                               |
|  Priority Unsecured Payments:                                 |
|     Domestic Support Arrearage     .00          .00        .00|
|     Domestic Support Ongoing       .00          .00        .00|
|     All Other Priority             .00          .00        .00|
|  TOTAL PRIORITY:                   .00          .00        .00|
|                                                               |
|  GENERAL UNSECURED PAYMENTS:  11,130.54    2,770.98        .00|
.===============================================================.


.===============================================================.
|                                                               |
|  Disbursements:                                               |
|                                                               |
|     Expenses of Administration     $      764.21             |
|     Disbursements to Creditors     $   10,212.10             |
|                                                               |
|  TOTAL DISBURSEMENTS:                     $   10,976.31       |
.===============================================================.
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    03/17/2010                    /s/ Tom Vaughn
                                        Tom Vaughn, Chapter 13 Trustee


**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**